UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| 5G IP HOLDINGS LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:21-CV-622-SDJ |
| | § | |
| SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., ET AL. | § | |

## ORDER

Upon consideration of the Unopposed Motion to Withdraw Adam Allgood As Counsel, (Dkt. #28), the Court concludes that it should be **GRANTED**.

It is therefore **ORDERED** that Adam A. Allgood is withdrawn as counsel of record for Plaintiff 5G IP Holdings LLC and that the Clerk's Office is directed to terminate CM/ECF notices as to Adam A. Allgood for this civil action.

It is further **ORDERED** that Alan M. Fisch, R. William Sigler, Jeffrey M. Saltman, Kyle K. Tsui, and Ken K. Fung will remain as counsel of record for Plaintiff 5G IP Holdings LLC in this civil action.

**So ORDERED and SIGNED this 28th day of December, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE