# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| 5G IP HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; AND SAMSUNG RESEARCH<br>AMERICA,<br><br>Defendants. | Civil Action No. 4-21-cv-00622<br><br>**JURY TRIAL DEMANDED** |

## **DEFENDANTS' NOTICE OF COMPLIANCE WITH P.R. 4-1(a)**

Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Research America (collectively, "Samsung") hereby provide notice that on March 8, 2022, Samsung served Plaintiff 5G IP Holdings LLC ("5GIP") with Samsung's P.R. 4-1(a) Proposed Claim Terms for Construction, as required by the Court's January 19, 2022 Scheduling Order (Dkt. No. 33).

Respectfully submitted,

By: */s/ Brian E. Mack*
    Melissa R. Smith
    GILLAM & SMITH LLP
    303 South Washington Avenue
    Marshall, TX 75670
    Phone: 903-934-8450
    Fax: 903-934-9257
    Email: melissa@gillamsmithlaw.com

    Charles Verhoeven
    charlesverhoeven@quinnemanuel.com
    Brian Mack
    brianmack@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN
    50 California Street, 22nd Floor
    San Francisco, California  94111-4788
    Telephone: 415-875-6600
    Fax: 415-875-6700

    Kevin Hardy (*pro hac vice*)
    kevinhardy@quinnemanuel.com
    Deepa Acharya
    deepaacharya@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN
    1300 I Street NW, Suite 900
    Washington, D.C.  20005
    Telephone: 202-538-8000
    Fax: 202-538-8100

    *Counsel for Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Research America*

3

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above document was served on all counsel of record via email of March 8, 2022.


Date: March 8, 2022                                           /s/ *Brian E. Mack*
                                                                                Brian E. Mack