**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| 5G IP HOLDINGS LLC,<br><br>   Plaintiff,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO. LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC., AND SAMSUNG RESEARCH<br>AMERICA,<br><br>   Defendants. | Civil Action No. 4:21-cv-00622-SDJ<br><br>Hon. Sean D. Jordan<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER
(DKT. NO. 33) RELATING TO CLAIM CONSTRUCTION**

Plaintiff 5G IP Holdings LLC ("5GIP") and Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Research America (collectively, "Samsung") (5GIP and Samsung collectively, the "Parties"), respectfully jointly move to amend the Scheduling Order (Dkt. No. 33) to adjust the deadlines associated with claim construction briefing and pre-hearing activity. As explained below, good cause exists for the amendments, which will not affect any of the other deadlines.

The Parties respectfully request that the Court amend the filing deadlines for claim construction briefing, technology tutorials, and the joint claim construction chart. Good cause exists for these amendments based on the Court's adjustment to the claim construction hearing date. Specifically, the Parties believe it would be beneficial to amend these dates to move them closer to the adjusted hearing date to ensure the issues are fresh for argument and to give the Parties more

time to confer regarding the disputed claim terms before the hearing. Considering these circumstances, the Parties respectfully submit that there exists good cause for the proposed amendments.

Thus, the Parties respectfully request that the Court amend the Scheduling Order to adjust the filing deadlines for claim construction briefing, technology tutorial, and the joint claim construction chart. The table below shows the proposed changes to the current deadlines.

**Proposed Amended Deadlines**

| Current Dates | Parties' Proposed Dates | Event |
|---|---|---|
| Wednesday, May 25, 2022 | Wednesday, June 1, 2022 | Opening claim construction brief (P.R. 4-5(a)) |
| Wednesday, June 15, 2022 | Wednesday, June 29, 2022 | Responsive claim construction brief (P.R. 4-5(b)). |
| Wednesday, June 29, 2022 | Wednesday, July 13, 2022 | Reply claim construction brief (P.R. 4-5(c)). |
| Tuesday, June 21, 2022 | Wednesday, July 27, 2022 | Submit technology synopsis/tutorial (both hard copy and disk) |
| Friday, July 1, 2022 | Friday, July 29, 2022 | Parties to file joint claim construction chart (P.R. 4-5(d)). Parties shall work together to agree on as many claim terms as possible |
| Wednesday, August 10, 2022 | No Change. | Claim Construction hearing 1:30 PM, U.S. Courthouse, 7490 Preston Road, Plano, TX 75024 |

A proposed order is being submitted with this motion for the Court's consideration.

Dated: May 17, 2022

Respectfully Submitted,

By: */s/ Deepa Acharya (with permission)*

Melissa R. Smith
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Phone: 903-934-8450
Fax: 903-934-9257
Email: melissa@gillamsmithlaw.com

Charles Verhoeven
charlesverhoeven@quinnemanuel.com
Brian Mack
brianmack@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

Kevin Hardy (pro hac vice)
kevinhardy@quinnemanuel.com
Deepa Acharya
deepaacharya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Fax: 202-538-8100

*Counsel for Samsung Electronics Co., Ltd.;
Samsung Electronics America, Inc.; and
Samsung Research America*

By: */s/ Alan M. Fisch*

Alan M. Fisch (*admitted in E.D. Tex.*)
Lead Attorney
D.C. Bar No. 453068
alan.fisch@fischllp.com
R. William Sigler (*pro hac vice*)
D.C. Bar No. 490957
bill.sigler@fischllp.com
Jeffrey M. Saltman (*pro hac vice*)
D.C. Bar No. 979812
jeffrey.saltman@fischllp.com
Kyle K. Tsui (*pro hac vice*)
D.C. Bar No. 1673602
kyle.tsui@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
202.362.3500

Ken K. Fung (*admitted in E.D. Tex.*)
California Bar No. 283854
ken.fung@fischllp.com
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
650.362.8200

*Attorneys for Plaintiff
5G IP HOLDINGS LLC*

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Texas, via the CM/ECF system, which will send notice to all counsel of record who have consented to service by electronic means.

                                                           */s/ Alan M. Fisch*
                                                           Alan M. Fisch

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7, I certify that counsel for the parties conferred regarding this motion and the relief is jointly requested.

                                                           */s/ Alan M. Fisch*
                                                          Alan M. Fisch