UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| 5G IP HOLDINGS LLC | § § | |
| v. | § § | CIVIL NO. 4:21-CV-622-SDJ |
| SAMSUNG ELECTRONICS AMERICA, INC., ET AL. | § § § | |

## ORDER

Before the Court is the parties' Joint Motion to Amend the Scheduling Order Relating to Claim Construction. (Dkt. #51). The Court, having found good cause, concludes that the motion should be **GRANTED**.

It is therefore **ORDERED** that the Scheduling Order, (Dkt. #33), is amended as follows:

| | |
|---|---|
| 06/1/2022 | Opening claim construction brief (P.R. 4-5(a)). |
| 06/29/2022 | Responsive claim construction brief (P.R. 4-5(b)). |
| 07/13/2022 | Reply claim construction brief (P.R. 4-5(c)). |
| 07/27/2022 | Submit technology synopsis/tutorial (both hard copy and disk). |
| 07/29/2022 | Parties to file joint claim construction and chart (P.R. 4-5(d)). Parties shall work together to agree on as many claim terms as possible. |

All other deadlines in this case remain in force unchanged.

**So ORDERED and SIGNED this 18th day of May, 2022.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE