UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| 5G IP HOLDINGS LLC | § § |
| v. | §   CIVIL NO. 4:21-CV-622-SDJ § |
| SAMSUNG ELECTRONICS AMERICA, INC., ET AL. | § § § |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Amend Answer, Affirmative Defenses, and Counterclaims. (Dkt. #53). Having considered the motion, the Court concludes that it should be **GRANTED**.

It is therefore **ORDERED** that Defendants' First Amended Answer, Affirmative Defenses, and Counterclaims, (Dkt. #54), is deemed properly filed.

**So ORDERED and SIGNED this 23rd day of May, 2022.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE