IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| 5G IP HOLDINGS LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; AND SAMSUNG RESEARCH<br>AMERICA,<br><br>　　　　　Defendants. | Civil Action No. 4-21-cv-00622<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given Andrew Thompson ("Tom") Gorham of Gillam & Smith, LLP enters his appearance on behalf of Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Research America (collectively "Samsung" or "Defendants") in this matter as additional counsel.

Andrew Thompson ("Tom") Gorham may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 102 N. College, Suite 800, Tyler, Texas 75702; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: tom@gillamsmithlaw.com.

Dated:  August 9, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Andrew T. Gorham*
　　　　　　　　　　　　　　　　　　　　　　Andrew Thompson ("Tom") Gorham
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24012715
　　　　　　　　　　　　　　　　　　　　　　GILLAM & SMITH, L.L.P.
　　　　　　　　　　　　　　　　　　　　　　102 N. College Ave, Suite 800
　　　　　　　　　　　　　　　　　　　　　　Tyler, TX 75702
　　　　　　　　　　　　　　　　　　　　　　Phone: (903) 934-8450
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (903) 934-9257

        Email: Tom@gillamsmithlaw.com

        *Counsel for Samsung Electronics Co., Ltd.;*
        *Samsung Electronics America, Inc.; and*
        *Samsung Research America*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 9th day of August 2022, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/ Andrew Thompson  Gorham*
        Andrew Thompson  Gorham