# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**5G IP HOLDINGS LLC**

v.                                                          Case No. 4:21cv622

**SAMSUNG ELECTRONICS AMERICA, INC. ET AL**

PLAINTIFF:  Alan Fisch, Ken Fung, Andrew Ramos

DEFENDANT: Tom Gorham, Deepa Acharya, Patrick Stafford, Brian Mack, Hevin Hardy, Ryan Fisher (tech)

     This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 8/10/2022

**Markman Hearing**

| | |
|---|---|
| 1:33 pm | The court called the case, noting the appearance of counsel and parties. |
| 1:35 pm | The court reviews logistics of the hearing. |
| 1:39 pm | Ms. Acharya for Samsung presents argument on "RRC Response". |
| 1:42 pm | Mr. Ramos for 5G presents argument. |
| 1:59 pm | Ms. Acharya for Samsung responds. |
| 2:07 pm | Mr. Ramos for 5G replies. |
| 2:10 pm | Ms. Acharya for Samsung responds. |
| 2:10 pm | Ms. Acharya for Samsung presents argument on "First Base Station" and "Second Base Station". |

| | |
|---|---|
| 2:30 pm | Mr. Ramos for 5G presents argument. |
| 2:46 pm | Ms. Acharya for Samsung responds. |
| 2:53 pm | Mr. Ramos for 5G replies. |
| 2:56 pm | Court recesses until 3:10pm. |
| 3:15 pm | Court resumes. |
| 3:17 pm | Mr. Ramos for 5G presents argument on items 2 and 3. |
| 3:19 pm | Ms. Acharya for Samsung presents argument on "Target Cell Information" |
| 3:28 pm | Mr. Ramos for 5G presents argument. |
| 3:37 pm | Ms. Acharya for Samsung responds. |
| 3:41 pm | Mr. Ramos for 5G presents argument on "Target Radio Access Information". |
| 3:42 pm | Mr. Stafford for Samsung presents argument on "DRX Start Offset". |
| 3:58 pm | Mr. Fisch for 5G presents argument. |
| 4:09 pm | Mr. Stafford for Samsung responds. |
| 4:12 pm | Mr. Fisch for 5G replies. |
| 4:18pm | Mr. Stafford for Samsung replies. |
| 4:21 pm | Mr. Mack for Samsung presents argument on terms"Bandwidth Part", "BWP Index", "BWP Configuration", "Control Resource Set". |
| 4:23 pm | Mr. Fung for 5G answers questions from the Court. |
| 4:28 pm | Mr. Mack for Samsung resumes argument. |
| 4:29 pm | Mr. Fung for 5G presents argument. |
| 4:30 pm | Mr. Mack for Samsung presents argument. |
| 4:32 pm | Mr. Fung for 5G presents argument. |
| 4:34 pm | Mr. Mack for Samsung presents argument. |
| 4:36 pm | The Court addresses the parties. |

4:37 pm		Court adjourned.